JOHN A. WHITESIDES, ESQ., SBN 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF WOODLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation, | Case No. 2:05-CV-1510 WBS EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman, et al., | **Trial Date:     April 19, 2011** |
| Defendants. | |
| ADOBE LUMBER, INC., a California corporation, | Case No. 2:10-CV-0665 WBS EFB |
| Plaintiff, | |
| v. | |
| CITY OF WOODLAND, | |
| Defendant. | |

## STIPULATION

As all complaints, counterclaims and cross-claims between the parties hereto in Case Nos. 2:05-CV-1510 and 2:10-CV-0665 have been resolved by mutual agreement of said parties, and there being no other remaining parties to either action, the parties to this stipulation hereby

1  agree that (a) both actions may be dismissed in their entireties with prejudice and (b) that this
2  stipulation fully satisfies their written settlement agreement as to termination of the actions.

4  Dated:  March 1, 2011                              ARCHER NORRIS

                                                     */s/ Peter W. McGaw*
                                                  By:_____
                                                     PETER W. MCGAW
                                                     Attorneys for Plaintiff
                                                     ADOBE LUMBER, INC. and for Cross-
                                                     Claimants CHANNEL LUMBER CO.,
                                                     ROSSI DEVELOPMENT, JOSEPH
                                                     ROSSI and BILL ROSSI

12  Dated:  March 4, 2011                            ANGELO, KILDAY & KILDUFF, LLP

                                                     */s/ John A. Whitesides*
                                                  By:_____
                                                     JOHN A. WHITESIDES
                                                     Attorneys for Defendant
                                                     CITY OF WOODLAND

## **ORDER**

The Court having reviewed the foregoing stipulation of the parties and for good cause appearing, it is hereby Ordered that Case Nos. 2:05-CV-1510 and 2:10-CV-0665 shall hereby be dismissed with prejudice.

Date:   March 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE